United States District Court
Southern District of Texas

**ENTERED**

February 08, 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:23-CV-04131 |
| WESTHEIMER PLAZA SHOPPING CENTER, L.L.C., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed February 8, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, WESTHEIMER PLAZA SHOPPING CENTER, L.L.C., be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on February 8, 2024.

_____

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

POWERS BROWN
ARCHITECTURE N.A., LLC

    *Plaintiff,*

v.

RAMIRO A. GALINDO, INC. and
GOREE ARCHITECTS, INC.

    *Defendant.*

§§§§§§§§§§§§§

Civil Action Case No. 4:23-CV-00536

JURY TRIAL DEMANDED

### ORDER GRANTING
### JOINT AGREED MOTION TO DISMISS WITH PREJUDICE

On this day, the Court considered Plaintiff Powers Brown Architecture N.A., LLC ("PBA") and Defendant Goree Architects, Inc.'s ("Goree") (collectively, the "Settling Parties") Joint Agreed Motion to Dismiss with Prejudice (the "Motion"). Having considered the Motion, and all other pleadings and papers on file, the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that the Motion is hereby **GRANTED**;

It is further **ORDERED** that all claims against Goree are hereby **DISMISSED WITH PREJUDICE**; and

It is further **ORDERED** that PBA and Goree shall each bear their own attorneys' fees, court costs, and other litigation expense associated with this civil action.

SIGNED this 8th day of February, 2024

Andrew S. Hanen
United States District Judge